157 A.3d 844

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
FRED NEULANDER, DEFENDANT–PETITIONER.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003943–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 845

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RYAN
L. HODGE (A/K/A RON TON), DEFENDANT–PETITIONER.

December 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001177–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.